(109 So. 49)

No. 27481.

Succession of LEVY.

(May 31, 1926.)

*(Syllabus by Editorial Staff.)*

1. **Executors and administrators** ⊚⟞504(2)— Succession; opponent of account of administrator of solvent succession is not entitled to amendment of account by reducing amount of charges and fees.

Opponent of provisional account, showing on face that succession is solvent, which is not questioned, has no interest in, and is not entitled to amendment of account by, reducing amount of charges and fees.

2. **Executors and administrators** ⊚⟞264(1)— —Succession; where account shows that opponent is creditor for amount claimed and that there are more than enough funds to pay him in full, he should be put thereon for amount of debt and paid accordingly, but must surrender pledged securities on receiving payment (Code Prac. art. 988; Rev. Civ. Code art. 1180).

Where administrator's account shows that opponent thereof is creditor for amount claimed, and that there are funds more than sufficient to pay him in full, he should be put thereon for amount of debt and paid accordingly under Code Prac. art. 988, and Rev. Civ. Code, art. 1180, but must surrender pledged securities on receiving payment.

Appeal from Civil District Court, Parish of Orleans; Hugh C. Cage, Judge.

Opposition by George A. Hero and another to a provisional account, filed by the administrator of the succession of Charles E. Levy, deceased. From a judgment against opponents, named opponent appeals. Account amended, and homologated as amended, and funds ordered distributed accordingly.

William S. Hero, of New Orleans, for appellant George A. Hero.

Titche, Kiam & Titche, Herbert W. Kaiser, E. E. Talbot, and E. C. Brodtman, all of New Orleans, for A. W. Newlin.

ST. PAUL, J. The matter here involved is an opposition to a "provisional account" filed by the administrator of this succession.

I.

The provisional account combines (1) an account of the administrator's gestion, showing receipts and expenditures, (2) a schedule of assets, and (3) a list of debts which the administrator proposes to pay. It shows:

| | |
|---|---|
| (1) Cash Received | $ 7,500 00 |
| (2) Other assets in hand, liquid and otherwise (not pledged) | 9,437 00 |
| (3) Assets pledged to secure an indebtedness of like amount | 15,000 00 |
| (4) Assets pledged to secure an indebtedness of (only) $7,000.00 | 11,000 00 |
| (5) Assets pledged to secure an indebtedness to Geo. A. Hero, the opponent, of (only) $1,843.08 | 3,000 00 |
| Total receipts and assets | $45,937 00 |

The charges paid, and claims proposed for payment, are:

| | |
|---|---:|
| (1) Costs paid | $ 17 45 |
| (2) Due administrator, his commission | 861 91 |
| (3) Due notary, for affixing seals and taking inventory | 350 00 |
| (4) Due appraisers | 150 00 |
| (5) Due attorneys, on account | 2,000 00 |
| Total | $3,379 36 |

## II.

The above account, although duly advertised according to law, *was not opposed* except by one A. F. Marks, whose small claim was (properly) rejected because too vaguely and indefinitely stated; and by George A. Hero, who prays that it be amended (1) by placing him thereon for the amount of his claim, and (2) by reducing the privileged claims, alleged to be excessive.

## III.

[1] As the account shows on its face that the succession is entirely solvent, and no one is here claiming that it is otherwise, it follows that the opponent has no interest whatever in seeking to reduce the amount of the charges and fees proposed.

[2] On the other hand, as the very account itself shows that the opponent is a creditor for the amount claimed by him and that there are funds more than sufficient to pay him in full, it follows that he should be put thereon for the amount of his debt and paid accordingly. C. P. 988; R. C. C. 1180; Succession of Lacroix, 29 La. Ann. 366; Conrey v. Creditors, 8 La. Ann. 371. Of course, on receiving payment, he must surrender the pledged securities; that speaks for itself.

## Decree.

It is therefore ordered that the account herein filed be amended by placing thereon the opponent, George A. Hero, as a creditor for the full sum of $1,843.08, with interest at 6 per cent. per annum from November 20, 1924, and costs. And, as thus amended, the

161 LA.—17

account is homologated and the funds ordered distributed accordingly. Costs of this appeal to be paid by the succession.